**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**WILLIAM PRAY,**

      **Plaintiff,**

**vs.**                                  **5:04-CV-110-SPM/AK**

**JENNIFER BROWN, et al.,**

      **Defendants.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

      **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 41) dated April 28, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections.   No objections have been filed.

      Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

      Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      The magistrate judge's report and recommendation (doc. 41) is

adopted and incorporated by reference in this order.

2.     Defendants' motion for summary judgment (doc. 34) is *granted*.

3.     Plaintiff's complaint (doc. 1) is *dismissed* for failure to state a claim

upon which relief can be granted <u>and</u> for being frivolous and

malicious.

4.     The clerk shall note on the docket that this case is dismissed

pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) <u>and</u> that this dismissal

constitutes a second "strike".

**DONE AND ORDERED** this <u>sixth</u> day of June, 2006.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge